In the Matter of ROSELYN S. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; RACHEL H., Appellant. [919 NYS2d 390]—

The Family Court improperly relied on Family Court Act § 1037 (a) by, in effect, directing the mother to appear at a dispositional hearing. That section, which, among other things, permits the Family Court, under certain circumstances, to compel a respondent's "initial appearance" in a Family Court Act article 10 proceeding (Family Ct Act §§ 1033-a, 1033-b), was

inapplicable, since the mother had already appeared before the Family Court and accepted service of the petition (*see* Family Ct Act § 1037 [a]; *cf.* Family Ct Act § 153). Mastro, J.P., Dillon, Balkin and Miller, JJ., concur.